**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MATTHEW S. S.,**

                **Plaintiff,**

v.                                                  **6:21-CV-0014**
                                                       **(TJM/ML)**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### DECISION and ORDER

This matter was referred to the Hon. Miroslav Lovric, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. In a Report and Recommendation dated January 20, 2022, Judge Lovric recommends that Plaintiff's motion for judgment on the pleadings (Dkt. No. 13) be DENIED; that Defendant's motion for judgment on the pleadings (Dkt. No. 14) be GRANTED; that the Commissioner's decision denying Plaintiff disability benefits be AFFIRMED; and that Plaintiff's Complaint (Dkt. No. 1) be DISMISSED. _See_ Rep. & Rec., Dkt. No. 15. No objections to the Report and Recommendation have been lodged and the time for filing objections has expired.

### CONCLUSION

After examining the record, this Court has determined that the Report and Recommendation is not subject to attack for plain error or manifest injustice. Therefore,

1

the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation [Dkt. No. 15] for the reasons stated therein. Accordingly, is it is hereby

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 13) is **DENIED**; and it is further

**ORDERED** that Defendant's motion for judgment on the pleadings (Dkt. No. 14) is **GRANTED**; and it is further

**ORDERED** that the Commissioner's decision denying Plaintiff disability benefits is **AFFIRMED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: March 8, 2022

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge