# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Matthew Scott Schlieder**

      Plaintiff

vs.                            **CASE NUMBER: 6:21-cv-15 (TJM/ML)**

**Commissioner of Social Security**

      Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that Plaintiffs motion for judgment on the pleadings (Dkt. No. 13) is DENIED; and it is further ORDERED that Defendants motion for judgment on the pleadings (Dkt. No. 14) is GRANTED; and it is further ORDERED that the Commissioners decision denying Plaintiff disability benefits is AFFIRMED; and it is further ORDERED that Plaintiffs Complaint (Dkt. No. 1) is DISMISSED.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 8th day of March, 2022.

DATED: March 8, 2022

*[signature]*
Clerk of Court

                                     s/Kathy Rogers
                                     Deputy Clerk